1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6

7  Attorney for Defendant
   LEON RAPISURA
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,        )  No. 2:06-cr-069 EJG
14                                   )
                    Plaintiff,       )
15                                   )  STIPULATION AND [PROPOSED] ORDER
        v.                           )  VACATING DATE, CONTINUING CASE,
16                                   )  AND EXCLUDING TIME
   LEON RAPISURA,                    )
17                                   )
                    Defendant.       )  Date:  July 28, 2006
18                                   )  Time:  10:00 a.m.
   _____   )  Judge: Hon. Edward J. Garcia
19

20
        **IT IS HEREBY STIPULATED** by and between Assistant United States
21
   Attorney Richard J. Bender, attorney for Plaintiff, and Assistant
22
   Federal defender Jeffrey L. Staniels, Attorney for Defendant LEON
23
   RAPISURA, that the status conference currently scheduled for July 28,
24
   2006, be vacated, and the case continued for status conference on
25
   August 25, 2006.  This continuance is sought to allow the completion of
26
   discussions and related investigation intended to facilitate resolution
27
   of the case without trial.
28

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2  Trial Act be excluded from July 27, 2006 until August 25, 2006,

3  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

4    **IT IS SO STIPULATED.**

5

6  Dated:  July 27, 2006              /S/ Richard J. Bender
                                      Richard J. Bender
7                                     Assistant U.S. Attorney
                                      Counsel for Plaintiff
8

9  Dated:  July 27, 2006              /S/ Jeffrey L. Staniels
10                                    JEFFREY L. STANIELS
                                      Assistant Federal Defender
11                                    Attorney for Defendant
                                      LEON RAPISURA
12

13
                                **O R D E R**
14
        **IT IS SO ORDERED.**
15
                    By the Court, this 27th day of 2006.
16

17
                                   /S/ Edward J. Garcia
18                                 EDWARD J. GARCIA
                                   Senior United States District Judge
19

20

21

22

23

24

25

26

27

28

-2-