1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6

7  Attorney for Defendant
   LEON RAPISURA

8

9

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

   UNITED STATES OF AMERICA,      ) No. 2:06-cr-069 EJG
14                                )
              Plaintiff,           )
15                                ) STIPULATION AND ORDER VACATING
        v.                        ) DATE, CONTINUING CASE, AND
16                                ) EXCLUDING TIME
   LEON RAPISURA,                  )
17                                )
              Defendant.           ) Date:  August 25, 2006
18                                ) Time:  10:00 a.m.
   _____) Judge: Hon. Edward J. Garcia
19

20
        **IT IS HEREBY STIPULATED** by and between Assistant United States
21
   Attorney Richard J. Bender, attorney for Plaintiff, and Assistant
22
   Federal defender Jeffrey L. Staniels, Attorney for Defendant LEON
23
   RAPISURA, that the status conference currently scheduled for August 25,
24
   2006, be vacated, and the case continued for status conference on
25
   September 8, 2006.  This continuance is sought to allow further
26
   investigation and discussion of terms of a contemplated resolution of
27
   the case without trial.
28

1  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2  Trial Act be excluded from August 25, 2006, until September 8, 2006,
3  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.
4  **IT IS SO STIPULATED.**

6  Dated:  August 24, 2006            /S/ Richard J. Bender
                                      Richard J. Bender
7                                     Assistant U.S. Attorney
                                      Counsel for Plaintiff

9  Dated:  August 24, 2006            /S/ Jeffrey L. Staniels
10                                    JEFFREY L. STANIELS
                                      Assistant Federal Defender
11                                    Attorney for Defendant
                                      LEON RAPISURA

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  August 24, 2006            /s/ Edward J. Garcia
                                   Hon. Edward J. Garcia
                                   Senior United States District Judge

Stipulation & Order                    -2-