DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LEON RAPISURA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-069 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER VACATING |
| v. | ) | DATE, CONTINUING CASE, AND |
| | ) | EXCLUDING TIME |
| LEON RAPISURA, | ) | |
| | ) | |
| Defendant. | ) | Date:  September 22, 2006 |
| | ) | Time:  10:00 a.m. |
| _____ | ) | Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Richard J. Bender, attorney for Plaintiff, and Assistant Federal defender Jeffrey L. Staniels, Attorney for Defendant LEON RAPISURA, that the status conference currently scheduled for September 22, 2006, be vacated, and the case continued for status conference on September 29, 2006.  This continuance is sought due to the unavailability of defense counsel and for continuity of counsel.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act be excluded from the filing of this stipulation on September 19, 2006, until September 29, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: September 19, 2006          /S/ Richard J. Bender
                                   Richard J. Bender
                                   Assistant U.S. Attorney
                                   Counsel for Plaintiff


Dated: September 19, 2006          /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   LEON RAPISURA


**O R D E R**

**IT IS SO ORDERED.**

                    By the Court,


Dated: September 19, 2006          /s/ Edward J. Garcia
                                   Hon. Edward J. Garcia
                                   Senior United States District Judge

Stipulation & Order                     -2-