DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEON RAPISURA

**FILED**

AUG 1 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LEON RAPISURA,<br><br>        Defendant. | No. Cr. S 06-69 EJG<br><br>**STIPULATED MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) and [lodged] ORDER**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

    Defendant, LEON RAPISURA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney RICHARD J. BENDER, hereby stipulate as follows:

    1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.   On December 8, 2006, this Court sentenced Mr. Rapisura to an aggregate term of imprisonment of 90 months, comprised of 60 months on Count 1 (violation of 18 U.S.C. § 924(c)), and 30 months each on Counts

1  3, 4 and 5 (violations of 21 U.S.C. § 841(a)(1)), to run concurrently
2  with each other and consecutively to the term imposed on Count 1;
3       3.   The sentencing range applicable to Mr. Rapisura was
4  subsequently lowered by the United States Sentencing Commission in
5  Amendment 706 by two levels;
6       4.   Accordingly, Mr. Rapisura's adjusted offense level has been
7  reduced from 23 to 21, and a sentence at the low end of the new
8  guideline range with a departure comparable to the 25% reduction he
9  received at the original sentencing would be 80 months;
10      5.   Accordingly, the parties request the court enter the order
11 lodged herewith reducing Mr. Rapisura's term of imprisonment to an
12 aggregate term of imprisonment of 83 months, comprised of 60 months on
13 Count 1 (violation of 18 U.S.C. § 924(c)), and 20 months each on Counts
14 3, 4 and 5 (violations of 21 U.S.C. § 841(a)(1)), to run concurrently
15 with each other, and consecutively to the term imposed on Count 1.

16 Dated: August 13, 2008                  Dated: July 24, 2008
17 Respectfully submitted,
18 McGREGOR SCOTT                          DANIEL J. BRODERICK
   United States Attorney                  Federal Defender
19
20 /s/ Richard J. Bender                   /s/ David M. Porter
21 RICHARD J. BENDER                       DAVID M. PORTER
   Assistant U.S. Attorney                 Assistant Federal Defender
22
   Attorney for Plaintiff                  Attorney for Movant
23 UNITED STATES OF AMERICA                LEON RAPISURA

24                              ORDER
25      This matter came before the Court on the stipulated motion of the
26 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).
27      The parties agree, and the Court finds, that Mr. Rapisura is
28 entitled to the benefit of the retroactive amendment reducing crack

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-2-

1  cocaine penalties, which reduces the applicable base offense level from
2  23 to 21.  A sentence at the low end of the new guideline range with a
3  departure comparable to the 25% reduction he received at the original
4  sentencing would be 80 months.

5      IT IS HEREBY ORDERED that the term of imprisonment originally
6  imposed is reduced to an aggregate term of imprisonment of 80 months,
7  comprised of 60 months on Count 1 (violation of 18 U.S.C. § 924(c)),
8  and 20 months each on Counts 3, 4 and 5 (violations of 21 U.S.C.
9  § 841(a)(1)), to run concurrently with each other, and consecutively to
10 the term imposed on Count 1.

11     IT IS FURTHER ORDERED that all other terms and provisions of the
12 original judgment remain in effect.

13     Unless otherwise ordered, Mr. Rapisura shall report to the United
14 States Probation office closest to the release destination within
15 seventy-two hours after his release.

16 Dated: August 18, 2008

17                                       _____
                                      HONORABLE EDWARD J. GARCIA
18                                     United States District Judge

19
20
21
22
23
24
25
26
27
28

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-3-