# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| LEON RAPISURA | ) Case No: 2:06-cr-00069-01 |
| | ) USM No: 16282-097 |
| Date of Previous Judgment: 12/08/06 | ) David M. Porter |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  90  months **is reduced to**  80 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 21 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 60 to 71 months | Amended Guideline Range: | 60 to ___ months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
  ☐ The reduced sentence is within the amended guideline range.
  X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
  ☐ Other (explain):

**III.  ADDITIONAL COMMENTS**

This sentence consists of 60 months on Count 1 and 20 months on each of Counts 3, 4 & 5 to run concurrent with each other, but consecutive to Count 1 for a total term of 80 months.

Except as provided above, all provisions of the judgment dated  12/08/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  08/18/2008                                    /s/ Edward J. Garcia
                                                                            Judge's signature

Effective Date:                                              Edward J. Garcia, U.S. District Judge
      (if different from order date)                            Printed name and title