# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Offender Under Supervision

**Name of Offender:**   Leon  RAPISURA                          **Docket Number:**   0972 2:06CR00069-01

**Name of Judicial Officer**:     United States District Judge William B. Shubb

**Date of Original Sentence:**     12/8/2006

**Original Offense:** 18 USC 924(c)(1) - Carrying a Firearm in Relation to a Drug Trafficking Offense (Class A Felony); 21 USC 841(a)(1) - Possession with Intent to Distribute Methamphetamine (Class C Felony); 21 USC 841(a)(1) - Possession with Intent to Distribute Cocaine Base (Class B Felony); 21 USC 841(a)(1) - Possession with Intent to Distribute Cocaine (Class C Felony)

**Original Sentence:** 90 months custody of the Bureau of Prisons; 60-month term of Supervised Release; $400 Special Assessment.

**Special Conditions:** Search; Financial disclosure; Financial restrictions; Drug/alcohol testing; Drug/alcohol treatment; and Aftercare co-payment.

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    12/30/2011

**Other Court Actions:**

| | |
|---|---|
| **08/18/2008:** | Pursuant to 18 USC 3582(c)(2) - Retroactive Crack Cocaine Reduction Case – sentence reduced to 80 months with all other terms and conditions to remain in effect. |
| **11/21/2013:** | Case reassigned to the Honorable William B. Shubb. |
| **11/26/2013:** | Form 12A signed by Your Honor advising of violation conduct, specifically admitted drug use.  The Court approved the Probation Officer's plan and ordered no further action be taken. |
| **03/13/2014:** | Form 12A signed by Your Honor advising of violation conduct, specifically admitted drug use.  The Court approved the Probation Officer's plan and ordered no further action be taken. |

RE: **Leon RAPISURA**                                                 Docket Number: 0972 2:06CR00069-01

**07/18/2014:**   Form 12A signed by Your Honor advising of violation conduct, specifically failure to participate in drug testing.  The Court approved the Probation Officer's plan and ordered no further action be taken.

---

## PETITIONING THE COURT

☒ **OTHER:**  The matter be placed on calendar before Your Honor for October 27, 2014, at 9:30 a.m. The probation officer will notify the defendant and counsel of the Court date.

The probation officer alleges the offender has violated the following conditions(s) of supervision:

| **Charge Number** | **Nature of Violation** |
|---|---|
| 1 | NEW LAW VIOLATION |

On September 24, 2014, Leon Rapisura was arrested by the California Highway Patrol for Driving Under the Influence, a misdemeanor, in violation of the standard condition of Supervised Release which states "The defendant shall not commit another federal, state or local crime."

**Justification:** Leon Rapisura has been subject to a term of Supervised Release since December 30, 2011.  This Court notification follows three prior notifications in November 2013; March 2014; and July 2014, as detailed below.

On October 7, 2013, Mr. Rapisura submitted to a random drug test which returned positive for methamphetamine.  After having previously completed outpatient drug treatment services, he was again referred for formal drug testing and treatment.  The Court was notified and no further action was taken.

On February 13, 2014, Mr. Rapisura submitted to a random drug test which returned positive for methamphetamine.  It is notable that during this time frame, Mr. Rapisura and his wife had welcomed twins to their family, both of whom passed away shortly after their birth.  In light of the stress involved with these circumstances, the Probation Officer recommended no further action.  The Court was notified and no further action was taken.

In July 2014, Mr. Rapisura failed to report for random drug testing on three dates (3/5/14, 4/30/14, and 6/20/2014).  It is notable that pursuant to 18 USC 3583(g)(3), refusing to comply with drug testing calls for mandatory revocation.  However, the Probation Officer recommended no further action when considering the missed drug test dates were sporadic and Mr. Rapisura had otherwise submitted to drug testing with negative results.

RE: **Leon RAPISURA**                                    **Docket Number: 0972 2:06CR00069-01**

This fourth violation report is to inform the Court of Mr. Rapisura's arrest for Driving Under the Influence.

On September 24, 2014, Mr. Rapisura was stopped by the California Highway Patrol in Stockton, California. A review of their Investigative Report, Number 201402148, revealed the following information. Officers observed a vehicle run through a red-light at approximately 2:20 a.m. The vehicle was pulled over and Mr. Rapisura was found to be the driver; officers could smell the odor of alcohol. Mr. Rapisura admitted drinking three beers earlier that evening while at Déjà Vu, a gentleman's club. Following completion of the field sobriety tests, Mr. Rapisura was arrested for a violation of California Vehicle Code Sections 23152(a) and (b) - Driving Under the Influence (DUI). Subsequently, Mr. Rapisura submitted to breathalyzer testing which returned .15% and .14% Blood Alcohol Content (BAC). Mr. Rapisura was later released on his own recognizance. He is scheduled to appear in San Joaquin County Superior Court on November 5, 2014.

On October 6, 2014, the Probation Officer conducted an employment visit. On that date, the undersigned met with the employer who informed that Mr. Rapisura was laid-off earlier the same day. The employer stated Mr. Rapisura had not reported to work for approximately three weeks. It is remarkable, however, that the employer otherwise complimented Mr. Rapisura and commented that he was welcome to return if he could get his affairs in order.

On October 8, 2014, Mr. Rapisura reported to the Probation Office as directed. He explained that he has had growing frustrations at work. Specifically, despite lengthy employment, he felt passed over for salary increases and was looking for alternative employment before he was laid-off. Further, he explained that he and his wife are experiencing increased stress as a result of her high-risk pregnancy (her due date is February 24, 2015).

In light of the three prior violation notifications, a recent arrest for Driving Under the Influence, and his unemployment, it appears that Mr. Rapisura is in need of Court intervention.

**Detention:** Though there are concerns about Mr. Rapisura's violation history, at present, he does not appear to be a risk of non-appearance nor a danger to the community. Mr. Rapisura continues to report to outpatient drug testing and treatment services and he has reported to the Probation Officer when directed to do so. It is respectfully requested the offender be ordered to appear before Your Honor on **October 27, 2014, at 9:30 a.m.**, to show cause why supervision heretofore ordered on December 8, 2006, should not be revoked. Further, the probation officer is hereby directed to notify the offender and defense counsel of said hearing.

RE: **Leon  RAPISURA**                                         **Docket Number: 0972 2:06CR00069-01**

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**     October 17, 2014
                     Modesto, California

                                        Respectfully submitted,

                                        /s/ Laura Weigel

                                        **Laura Weigel**
                                        **United States Probation Officer**
                                        Telephone: (209) 549-2817

**DATED:**   10/17/2014

                                        Reviewed by,

                                        /s/ Jack C. Roberson

                                        **Jack C. Roberson**
                                        **Supervising United States Probation Officer**

RE: **Leon  RAPISURA**                              **Docket Number: 0972 2:06CR00069-01**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒  Other:  **The defendant is ordered to appear before the Honorable William B. Shubb on October 27, 2014, at 9:30 a.m.  The probation officer will notify the defendant and counsel of said Court date.**

Dated:  October 21, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:       United States Probation

          Assistant United States Attorney: Richard J. Bender

          Defense Counsel: David M. Porter

RE: **Leon RAPISURA**                                            **Docket Number:** 0972 2:06CR00069-01

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable William B. Shubb
United States District Judge
Sacramento, California

           RE:  RAPISURA, Leon
              **Docket Number:** 0972 2:06CR00069-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

    **A.**  **Evidence:**

    (1)  California Highway Patrol Police Report Number 201402148 confirms Leon Rapisura was arrested on September 24, 2014, and charged with Driving Under the Influence.

    **B.**  **Witnesses:**

    (1)  Officers from the California Highway Patrol will testify to the events that occurred on September 24, 2014, that lead to the offender's arrest, as documented in California Highway Patrol Police Report Number 201402148.

            Respectfully submitted,

            /s/ Laura Weigel

            **Laura Weigel**
            **United States Probation Officer**
            Telephone: (209) 549-2817

**DATED:**  10/17/2014
       Modesto, California

RE: **Leon  RAPISURA** **Docket Number: 0972 2:06CR00069-01**

Reviewed by,

/s/ Jack C. Roberson

**Jack C. Roberson**
**Supervising United States Probation Officer**

RE: **Leon RAPISURA**                                    **Docket Number: 0972 2:06CR00069-01**

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Offender:**   Leon Rapisura            **Docket Number:**   0972 2:06CR00069-01

**Date of Original Offense:**   2/1/2006

**Original term of supervised release imposed:** 5 **years**

**Highest grade of violation alleged:** C

**Criminal History Category of offender:** III

**Original guideline range:** 120 **to** 131 **total months.**

**Chapter 7 range of imprisonment:** 5 **to** 11 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**

☒        **Class A felony - 5 years**

**Violation requires mandatory revocation:  YES:** ☒   **NO:** ☐

**Original offense committed on or after 04/30/2003**:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

<u>**MANDATORY REVOCATION ISSUES**</u>

**Original offense committed after 09/13/94:**   Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:   1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**   Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.