HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-069 WBS |
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE ADMIT/DENY HEARING TO MARCH 23, 2015 |
| LEON RAPISURA, | |
| Defendant. | |

    The United States of America, through its counsel, Assistant U. S. Attorney Brian Fogerty, and defendant Leon Rapisura, through Assistant Federal Defender Noa E. Oren, stipulate that the Admit/Deny Hearing, currently scheduled for February 23, 2015, be continued to March 23, 2015 at 9:30 a.m.  United States Probation Officer Laura Weigel does not join in the request for this continuance.

    A continuance of the Admit/Deny hearing is necessary because Mr. Rapisura's pending state case, which is the basis for the sole allegation in the violation petition, has not resolved.  The next date for Mr. Rapisura's state matter is March 11, 2015.  And, Mr. Rapisura's wife's due date for labor and delivery is February 23, 2015.

    For these reasons Mr. Rapisura and the government are respectfully requesting a continuance of the Admit/Deny hearing.

1  DATED:  February 19, 2015

2                                  Respectfully submitted,

3                                  HEATHER E. WILLIAMS
4                                  Federal Defender

5                                  */s/ Noa E. Oren*
6                                  NOA E. OREN
                                   Assistant Federal Defender
7                                  Attorney for Leon Rapisura

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Because defendant has not yet been arraigned on the Superseding Petition in this matter, the request for continuance of the Admit/Deny Hearing from February 23, 2015 to March 23, 2015 at 9:30 a.m. is DENIED.

Dated: February 20, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE